**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00293-CV**

_____

**IN RE JEAN-FRANÇOIS GARIÉPY**

_____

**Original Proceeding**
**County Court of Jefferson County, Texas**
**Trial Cause No. 115533**

_____

**MEMORANDUM OPINION**

In this mandamus proceeding, Jean-François Gariépy contends that the trial court abused its discretion by striking his petition in intervention in a temporary guardianship proceeding filed by the real party in interest, Marsha Castellanos. On September 14, 2016, the trial court appointed Castellanos as the permanent guardian of the ward's person. Any issue regarding the appointment of a temporary guardian became moot once the trial court appointed a permanent guardian. *See In re Guardianship of Berry*, 105 S.W.3d 665, 666 (Tex. App.—Beaumont 2003, no pet.). The order appointing a guardian may be appealed. *See* Tex. Est. Code Ann. §

1

1152.001 (West 2014). We conclude that the relator has an adequate remedy at law. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on September 16, 2016
Opinion Delivered October 20, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.